Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.: 16–12067–JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eric Cuffari | Kristin A. Cuffari |
| 29 Madison Drive | 29 Madison Drive |
| Laurel Springs, NJ 08021 | Laurel Springs, NJ 08021 |

Social Security No.:
  xxx–xx–2304                                   xxx–xx–1848

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 4, 2021</u>           <u>Jerrold N. Poslusny Jr.</u>
                                    Judge, United States Bankruptcy Court